IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| QUARTEZ THOMAS, | * |
|     Plaintiff, | * |
| vs. | *    CASE NO. 4:23-CV-112 (CDL) |
| SHERIFF GREG COUNTRYMAN, | * |
|     Defendant. | * |

O R D E R

After a de novo review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on November 4, 2024 is hereby approved, adopted, and made the Order of the Court. The Court considered Plaintiff's objections to the Report and Recommendation and finds that they lack merit.[1]

IT IS SO ORDERED, this 3rd day of February, 2025.

                                 S/Clay D. Land
                                 CLAY D. LAND
                                 U.S. DISTRICT COURT JUDGE
                                 MIDDLE DISTRICT OF GEORGIA

---

[1] Plaintiff did not respond to Defendant's summary judgment or point to any evidence to create a genuine fact dispute on his claims, including his assertion that he exhausted the required administrative remedies. Therefore, the record before the Magistrate Judge established that Plaintiff did not exhaust his administrative remedies. In his objection to the Report and Recommendation, Plaintiff argued for the first time that he sought to appeal the denial of his grievance but was denied. Even if it were proper to consider this argument to be new evidence in opposition to the summary judgment motion, a careful review of the argument shows that the "appeal" Plaintiff says he "clearly" made was a request he stated in the initial grievance, which was denied. *See* Objection ¶ 1, ECF No. 26, *referencing* Culberson Decl. Attach. 1, Grievance (Aug. 15, 2022), ECF No. 17-3 at 5 ("I would like to grievance this issue to the highest level."). The "new evidence" does not show that Plaintiff appealed the denial of his grievance.